[No. 39754-1-I.    Division One.    April 20, 1998.]

SHAWN WASHINGTON-REED, ET AL., *Appellants*, v. KING
COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-29756-2, Mary Wicks Brucker, J., entered
October 30, 1996. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Kennedy, C.J., and Agid, J.

[No. 39756-7-I.    Division One.    April 20, 1998.]

MICHAEL J. SZYMANSKI, *Appellant*, v. FLEET MORTGAGE
CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 96-2-06814-2, Gerald L. Knight, J.,
entered October 22, 1996. *Affirmed* by unpublished per
curiam opinion.

[Nos. 39978-1-I; 39981-1-I.    Division One.    April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN LESLIE
COLLINS, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King
County, Nos. 96-1-02866-1, 96-1-02865-3, Faith Ireland, J.,
entered December 9, 1996. *Affirmed* by unpublished per
curiam opinion.

[No. 40041-0-I.    Division One.    April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER
STEBBINGS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-2-02224-3, Thomas J. Wynne, J.,
entered December 12, 1996. *Affirmed* by unpublished per
curiam opinion.